```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 30346
   BENEDICT J DUPRE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9438

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 11/07/2008 and was not confirmed.

     The case was dismissed without confirmation 01/28/2009.
----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
----------------------------------------------------------------------
LITTON LOAN SERVICING    MORTGAGE NOTI  NOT FILED             .00          .00
NISSAN MOTOR ACCEPTANCE  SECURED VEHIC        .00             .00          .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER      413.81            .00          .00
COOK COUNTY TREASURER    SECURED           7390.00            .00          .00
LITTON LOAN SERVICING    CURRENT MORTG        .00             .00          .00
LITTON LOAN SERVICING    MORTGAGE ARRE    49153.75            .00          .00
ILLINOIS DEPT OF REVENUE UNSEC W/INTER  NOT FILED             .00          .00
INTERNAL REVENUE SERVICE PRIORITY         11495.51            .00          .00
ILLINOIS TITLE LOANS     UNSEC W/INTER  NOT FILED             .00          .00
PRA RECEIVABLES MGMT     UNSEC W/INTER     3830.78            .00          .00
INTERNAL REVENUE SERVICE UNSECURED          620.41            .00          .00
CHAD M HAYWARD           DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                         ---------------        ---------------
TOTALS                            .00                     .00
```

PAGE   1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 30346 BENEDICT J DUPRE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |